```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
   Consolidated Edison, Inc.,                        :
                                                     :
                            Plaintiff,               :
                                                     :
              -against-                              :
                                                     :       1:21-cv-07367 (ALC)
                                                     :
   Harleysville Worcester Insurance Co.,             :       ORDER TO RESPOND
                                                     :
                            Defendant.               :
                                                     :
-----------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/19/2021

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant Harleysville Worcester Insurance Company's ("Defendant") pre-motion conference request in connection with its anticipated motion to dismiss the Amended Complaint under Fed. R. Civ. P. 12(b)(6), *see* ECF No. 15, and Plaintiff Consolidated Edison Company of New York, Inc.'s ("Plaintiff") response in opposition. *See* ECF No. 16. Plaintiff's letter indicates, *inter alia*, that "without prejudice and preserving the right to amend" it is "willing to dismiss everything Defendant asks for: Counts 2 and 3, and the claims for consequential damages and attorney's fees in Plaintiff's Prayer for Relief." *Id.* at 1. In doing so, Plaintiff states that "nothing" would be "standing in the way of Defendant filing its Answer." *Id.*

Accordingly, Defendant Harleysville Worcester Insurance Company is hereby **ORDERED TO RESPOND** to Plaintiff's response in opposition to its pre-motion conference request (ECF No. 16) no later than **October 22, 2021**.

**SO ORDERED.**

**Dated:** October 19, 2021
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**